IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD B. WEBBER, II, TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>SELECTEL WIRELESS,<br><br>Defendant. | 4:14-CV-3052<br><br>ORDER |

Pursuant to the parties' joint stipulations (filings 25 and 26) and satisfaction of judgment (filing 27), this matter is dismissed, with prejudice.

Dated this 21st day of April, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge